FILED JAN 08 2020 CLERK, U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS BY _____ DEPUTY

7:19-CR-76

Dear Clerks Office, I'm needing your help in a problem that has occurred here in Haskell, Tx. I have already been sentenced "back" in Dec. My "wife has looked at my "release-date" on the "BOP.GOV" site & it shows me to have a "release date" of 9/20/20." I have been in custody since "July 3rd, 2019" here in Haskell. I recieved a "14-month" sentence which if counted "correctly" my date would be around the "3rd", or 4th of Sep 2020 not 9/20/2020, so therefore I'm not being awarded the extra "16-days" or so that I have been here? In my court papers that your office sent to me stated that I was in fact in "custody" on the 3rd day of July 2019, until now. So what I'm saying is that somehow, these people here in "Haskell" have somehow "shorted" me on time which would make me do "more time" than my original 14-month sentence! I have tried to state the facts to them here & never get a response, the staff here are very "unprofessional," & need to be checked on it! I'm leaving this coming week going into the "BOP." By the time you get this letter I will be gone so please don't send a "response-letter" to me here in "Haskell" because I'll be gone. But I would be extremely grateful to your office if you can somehow send my true "start date" here which is, 07/03/19 to the "branch" of the FBOP that is over "sentence-calculation." I believe maybe the "Grand prairie" office? My current "release date" on the BOP.GOV website is close to "one-month over," needs to be "adjusted." 14-months from July 3rd is close to Sep 03, give or take a day or two. So theres "several weeks" that I'm not getting! Please, please help me get the extra time that is "rightfully" mine! I remember seeing on the paperwork that your office sent to me that it also said "there in black & white" that I was "arrested" & in "custody" on 7/3/19. Thank you so very much for your help.

Respectfully, Davrin Tate Stroud
27495-180

Devrin Staud
Rolling Plains Correctional Facility
118 County Rd. 206
Haskell, TX 79521

U.S. District Clerk
200 E. Wall room 222
Midland, TX 79701

INMATE CORRESPONDENCE

RECEIVED
JAN 0 8 2020
CLERK, U.S. DISTRICT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY