7:19-cr-76                                          1/7/20

Dear Clerks office, I recently sent your office a letter concerning the "flat time" that I've served here in the "Rolling Plains Correctional Facility". It seems that I did not receive the credit of time here between "7/3/19" - "9/22/19". I arrived here on 7/3/19, I've been here over 6-months. My wife looked online at the "BOP" website at my "release date" and it showed, "9/22/20" which is wrong, it should be "7/3/20". What has happened here is whenever I come here on 7/3/19 they "misspelled" my first name like this "Darvin". When in fact the correct spelling is, "Davrin". It took the staff awhile to fix the "problem" like "80" days, or so. Because of them correcting my name, it has "split" my time here in half because of, 2-different "first names". It is very hard to get things like this corrected here for some reason? I have a very "short" prison sentence "TF" when this is all corrected, the "case-manager" wherever I'm going will have to put a "rush" on my halfway house packet, the reason is because it usually takes 2-3 months to get a release date after the paperwork is sent off to "region". So it is very "simple", I have "80-days" credit for being here on top of the "3-months" "charge" that I'm given now that needs to be "credited" towards me and the "error", + the "correction" needs to be sent to the "BOP" ASAP because of my "short" sentence! These people here need to find when the "name misspelling" was "corrected", + give me the "80-days" that was credited to the "misspelled name". I understand that sometimes mistakes are made, + I know this, but it's not like it's jest, 3-4 days, it's "80"! I'm enclosing an "attached" piece of paper with this letter that has everything that needs to be "seen", + corrected. Please help me with this, it is sometimes very hard to get fixed when I enter the system. I should be leaving here going into the BOP here anytime, so your office might not want to send a response. →

letter to me at this address cause I'll probably be gone. But please just make sure the correct info finds its way to the BOP? I know that your office is very, very good at helping correct "issues" like this. And I want you to know that I'm truly, truly grateful for your office's help in correcting this. Thank you for your time + effort.

        Respectfully,
        Gavin Tate Stroud
        27485-180

Davrin tate Stroud #27495-180

Problem: My first name was "misspelled" when I first arrived here on "7/3/19." Sometime around the "9/22/19" area my first name was "corrected" but because of it somehow my time here "started" on that date. Because of it my BOP release date is, "9/20/20", it should be "7/20/20", so I'm not getting the extra "80-days" that I had here "before" my name was corrected! Here below are all the numbers + info, please send the credit for the "80-day" extra to the "BOP" with the "explanation." Thank you.

Respectfully,
Davrin Stroud
27495-180

Place: "Rolling Plains Correctional Facility"

"7/3/19" Arrived here, 'in Custody'. - Rolling Plains Correction Facility - Haskel, TX

Darvin tate Stroud ← Wrong spelling 'first name'

"80 days"

9/22/19 "First name" was "corrected" in Computer

Davrin tate Stroud → Correct

I'm only getting credit for my time since "9/22/19,"

There is "80 days" from my "true" arrival date that I didn't get.

Please send the info to the "BOP" so that I can get my extra time.

Thank You!

Davrintate Stroud #2019072360 BOP-27495-ABILENE TX 796

Rolling Plains Correctional Facility
118 County Rd. 206
Haskell, TX 79521

08 JAN 2020 PM 1 L

RECEIVED
JAN 13 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK
INMATE CORRESPONDENCE

U.S. Distric Clerk
200 E. Wall Rm. 222
Midland, TX 79701

RECEIVED
JAN 13 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

79701+5201